# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JORGE ARMANDO CARLOS., <br> Petitioners, <br> v. <br> KRISTI NOEM, *et al.*, <br> Respondents. | Case No. 2:25-cv-01900-RFB-EJY <br><br> **ORDER** |

Petitioners Jorge Armando Carlos, immigration detainee, has filed a counseled Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 5). Following a preliminary review of the Petition, the Court directs that the Petition be served on Respondents and orders Respondents to file a response. The Court further sets an expedited briefing schedule on the Motion for Temporary Restraining Order (ECF No. 5).

Therefore, **IT IS HEREBY KINDLY ORDERED** that the Clerk of Court:

1. **DELIVER** a copy of the Petition (ECF No. 1), the attachments (ECF No. 2-3), the Motion (ECF No. 5), and this Order to the U.S. Marshal for service.

2. **SEND**, through CM/ECF, a copy of the Petition (ECF No. 1), the attachments (ECF No. 2-3), the Motion (ECF No. 5), and this Order to the United States Attorney for the District of Nevada in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) by adding United States Attorney for the District of Nevada to the docket as an Interested Party at Sigal.Chattah@usdoj.gov, Veronica.criste@usdoj.gov, caseview.ecf@usdoj.gov.

3. **MAIL** a copy of the Petition (ECF No. 1), the attachments (ECF No. 2-3), the

Motion (ECF No. 5), and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

1) Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528

2) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530

3) Todd M. Lyons

4) Jason Knight, Acting Las Vegas Field Office Director, 2975 Decker Lake Drive Suite 100, West Valley City, UT 84119-6096

5) Todd Lyons, Acting Director and Senior Officer Performing the Duties of the Director of ICE, 500 12th St. SW, Washington D.C., 20536

6) John Mattos, Warden, Nevada Southern Center, 2190 E. Mesquite Ave. Pahrump, NV 89060

7) Jason Knight, Acting Las Vegas Field Office Director, 2975 Decker Lake Drive Suite 100, West Valley City, UT 84119-6096

8) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530

**IT IS FURTHER ORDERED** that the U.S. Marshal **SERVE** a copy of the Petition (ECF No. 1), the attachments (ECF No. 2-3), the Motion (ECF No. 5), and this Order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that counsel for Respondents file a notice of appearance within **2 days** of the date of this Order and file and serve their response to the Motion for Temporary Restraining Order **by October 8, 2025**. Respondents shall file a response to the Petition within 14 days of the date of this Order, unless additional time is allowed for good cause shown.

**IT IS FURTHER ORDERED** that Petitioners have 14 days following the filing of the

response to the Petition to file a reply, if desired.

**IT IS FURTHER ORDERED** that Local Rule LR 7-2(b) governs the scheduling for responses and replies to all other motions filed by either party.

**DATED:** October 6, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**